# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Fax: 919-861-5555

DATE: November 07, 2017

FROM: Scott Plaster
U.S. Probation Officer

SUBJECT: **BRANTLEY, Edward Miller**
**Case No.: 5:07-CR-20-1BO**
**Request for Early Termination**

TO: Honorable Terrence W. Boyle
U.S. District Judge

Edward Miller Brantley was sentenced on June 5, 2007, for the offense of Distribution of a Quantity of Cocaine Base (Crack). He received a 108-month sentence followed by 6 years of supervised release. On July 26, 2012, as a result of a motion filed pursuant to United States v. Simmons, Brantley was deemed to no longer qualify as a career offender, and the period of imprisonment was reduced to 27 months with credit for time served. A term of 6 years of supervised release was imposed with 48 months of creditable time for a balance of 24 months remaining on the judgment. He was released on July 27, 2012, at which time his supervised release commenced in this district.

The Government appealed the new sentence, arguing that Mr. Brantley waived his right to collaterally attack his sentence when he entered into his plea agreement. The appellate court reviewed the record and concluded that Brantley's waiver of his appellate rights was knowing and voluntary and that the issue he sought to raise fell within the scope of that waiver. The district court's order that granted Brantley's motion and sentence was vacated and remanded with instructions to re-enter the original judgment. The original judgment was re-entered on December 16, 2013. The court noted that no additional action would be taken by the court following the re-imposition of the original sentence absent a motion by the government, defense, or probation.

Brantley has been under supervision for approximately five years, four months. He has performed satisfactorily. He has submitted to DNA testing, all drug screens have been negative, he has been employed since his release, he owes no money, and there are no signs of any criminal conduct. His term of supervised release is set to expire on July 26, 2018.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and has no objection to an early termination of supervision. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____    11-8-17
Terrence W. Boyle                  Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.  Docket No. 5:07-CR-20-1BO

**EDWARD MILLER BRANTLEY JR.**

On July 27, 2012, the above named was released from prison and commenced a term of supervised release for a period of 72 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: November 7, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___8___ day of _November_, 2017.

Terrence W. Boyle
U.S. District Judge